IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TASAVION BUTLER,

    Petitioner,

vs.                                       CASE NO. 5:07cv168/RS-MD

WALTER A. MCNEIL,[1]

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 13). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion To Dismiss (Doc. 11) is granted.

3. The Second Amended Petition For Writ of Habeas Corpus (Doc. 7) challenging the convictions and sentences in *State of Florida v. Tasavion J. Butler*, in Bay County Circuit Court, Case No. 02-286, is dismissed with prejudice.

---

[1] Walter A. McNeil succeeded James R. McDonough as Secretary of the Florida Department of Corrections, and is automatically substituted as the Respondent. Fed. R. Civ. P. 25(d)(1).

4.      The clerk is directed to close the file.


**ORDERED** on June 9, 2008.


                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**